1  **JAMEY DEON JIMERSON**
   1799 Alicante St.
2  Pomona, CA 91768
   Telephone: (909) 717-4503
3  Facsimile: (424) 785-1126.
   E-mail: jjjetplan3@gmail.com

4

5  Plaintiff in Pro Per,
   JAMEY DEON JIMERSON

6

7

8              **UNITED STATES DISTRICT COURT**

9        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10                         CV12-9688

11  JAMEY DEON JIMERSON            Case No.:
    , an individual
12
                                  **COMPLAINT FOR:**
13            Plaintiff,
14        vs.                     1) **VIALATION OF THE FAIR**
                                     **CREDIT REPORTING ACT**
15  NATIONWIDE CREDIT INC., a        **(FCRA) [15 U.S.C. §1681b] (3)**
    corporation, and DOES 1-10, inclusive, **(A) AND CIVIL LIABILITY**
16                                   **FOR WILLFUL**
                                     **NONCOMPLIANCE [15 U.S.C.**
17            Defendants.           **§1681n].**
18
19                                **DEMAND FOR JURY TRIAL**
20
21                        **COMPLAINT**
22
23  Come now PLAINTIFF JAMEY DEON JIMERSON, an individual, and complain

24  and allege against Defendant(s), NATIOWIDE CREDIT INC. and DOE

25  DEFENDANTS 1 through 10 as follows:
26
27              **VENUE AND JURISDICTION**
28
    1.  This action is brought pursuant to (FCRA) 15 U.S.C §1681 *et seq.*

LODGED
CLERK, U.S. DISTRICT COURT

NOV 13 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

//

2.  Jurisdiction is founded on 15 U.S.C. § 1681p Statutory Provisions of the FCRA. Venue is proper in the Central District of California. The injuries occurred in the County of Los Angeles City of Pomona California.

## COMMON ALLEGATIONS

3.  At all relevant times mentioned in this Complaint, Plaintiff was a resident of the County of Los Angeles, State of California.

4.  At all times mentioned herein, Defendants were licensed to do business in the County of Los Angeles, State of California.

5.  At all times mentioned herein, NATIONWIDE CREDIT INC. is a private corporate business entity( hereinafter referred to as "NCI")

6.  Plaintiff is ignorant of the true names and capacities of those Defendants sued herein as DOES 1 through 10 inclusive, and therefore sues them by such fictitious names. Plaintiff will amend this Complaint to show the true names and capacities of said DOE Defendants when the same are ascertained.

7.  Plaintiff is informed and believes and, based upon such information and belief, alleges that the Defendant(s) through their actions is responsible in some manner for the events and happenings referred to herein and such actions are the legal cause of statutory injury to Plaintiff as herein alleged.

COMPLAINT

Page 2

8.  Plaintiff is informed and believes and, based upon such information and belief, alleges that, at all times herein mentioned, each and every Defendant was authorized to conduct business in the County of Los Angeles and the State of California. At all times relevant hereto, said DEFENDANT(S) were acting within the scope of their business license within the County of Los Angeles and State of California.

9.  At all times relevant hereto DEFENDANT(S) employed organized unlawful customs, illegal practices of privacy violations, making inaccurate statements in correspondence, illegally obtaining personal information and intentionally causing emotional distress upon PLAINTIFF. Said misconduct was known by, encouraged, tolerated and or condoned by said DEFENDANT(S).

10.  This action arises from statutory damages sustained by the Plaintiff as a result of the inquiry on his consumer credit report by the Defendant(s) and each of them.

11.  Plaintiff received a copy of his "EXPERIAN consumer credit report" on February 09, 2012.

12.  After reviewing the EXPERIAN consumer credit report Plaintiff noticed an unauthorized inquiry by Defendant NCI on June 29, 2010.

13.  Said "EXPERIAN consumer credit report" is attached to the complaint as exhibit "A".

14.  Plaintiff sent a letter to Defendant NCI on February 10, 2012 titled "Unauthorized Credit Inquiry" via "USPS certified mailing receipt #7011-1570-0002-9467-7724" requesting the removal of the inquiry and stating if Plaintiff is in remiss to provide proof of such authorization.

15.  Said " Unauthorized Credit Inquiry" letter is attached to this complaint as exhibit "B"

16.  Said "USPS certified mailing receipt #7011-1570-0002-9467-7724" is attached to this complaint as exhibit "C".

17.  Plaintiff received a letter from Defendant "NCI" on or about February 17, 2012, titled "NC ID#10180104670".

18.  Said letter "NC ID#10180104670" from Defendant NCI is attached to this complaint as exhibit "D".

19. Upon receipt of Defendant "NCI'S" initial response Plaintiff came to the conclusion that Defendant "NCI" did not provide in the mailing, documentation from a creditor which verified its retention by any such creditor of the PLAINTIFF.

20. Plaintiff sent a response letter to Defendant "NCI" on May 09, 2012 titled "Notice of Pending Lawsuit" via USPS Certified mailing receipt#7007-0710-0002-8676-6098" in an attempt to persuade Defendant" NCI" to settle the matter

COMPLAINT

amicably. Plaintiff reserved silently, documentation permissible to grant a

permissible purpose under the (FCRA) 15 U.S.C. § 1681 would be provided.

21. Said "Notice of Pending Lawsuit" is attached to this complaint as exhibit

"E".

22. Said "USPS certified mailing receipt #7007-0710-0002-8676-6098" is

attached to this complaint as exhibit "F".

23. PLAINTIFF has not received any further correspondence from

DEFENDANT "NCI" to date, this dated complaint.

## FIRST CAUSE OF ACTION

## VIALATION OF THE FAIR CREDIT REPORTING ACT (FCRA) [15 U.S.C. §1681b] (3) (A) AND CIVIL LIABILITY FOR WILLFUL NONCOMPLIANCE [15 U.S.C. §1681n].

### Against All Defendants

24. Paragraphs 1 through 23 are realleged as though fully set forth herein.

25. Plaintiff re-alleges, adopts and incorporates as if set forth at length hereat, and to the extent applicable, paragraphs 1 through 24 above.

26. In doing the things set forth above, the Defendant(s), and each of them, violated the rights of the PLAINTIFF against inaccurate and unfair credit reporting as guaranteed by the Fair Credit Reporting Act (FCRA), 15 U.S.C. §1681.

COMPLAINT

27. As set forth above, those violations include, but are not limited to, impermissible purpose in requesting the consumer credit report of the PLAINTIFF from EXPERIAN, a credit reporting agency; Inaccurate reporting of a presumed credit transaction collectible by Defendant NCI; Adverse action resulting in unfavorable changes to the consumer credit report of the PLAINTIFF; Written statements of false pretenses with a knowledge of the (FCRA). This company being a debt collector is presumed to have competent knowledge of the permissible purpose requirements. Obtaining the consumer report of the Plaintiff in this manner presumes this action as a part in a pattern of willful non compliance.

28. As a proximate result of the actions of the Defendant(s), and each of them, Plaintiff was caused to endure unfavorable credit reporting and judgment from that inaccurate reporting; a possible debt owed presumed to be collectable by the Defendant(s), and each of them. Plaintiff was also caused an unfair breach in the privacy afforded to the Plaintiff under the law. Other relevant damages incurred by the Plaintiff will be more specifically proven at trial.

29. As a proximate result of the actions of the Defendant(s), and each of them, Plaintiff has been injured in mind and body as well as financially all in a value determined by proof at trial.

//

//

COMPLAINT

## PRAYER

WHEREFORE, Plaintiff requests a trial by jury and prays judgment against the Defendants as follows:

## AS TO THE FIRST CAUSE OF ACTION

1. Statutory damages in an amount to be determined by proof at trial;

2. Attorney's Fees and Costs of litigation pursuant to §42 U.S.C. 1988;

3. Interest according to law; and

4. Any other and further relief that the Plaintiff may be entitled to and the Court deems just and proper.

Dated:  November 13, 2012

By: _____
     By JAMEY DEON JIMERSON,
     Plaintiff in Pro Per

//
//

COMPLAINT

Page 7

I am a PLAINTIFF in this action. I have read the foregoing allegations in the complaint. The matters stated in the complaint are true of my own knowledge except those matters stated on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: November 13, 2012

[JAMEY DEON JIMERSON]

## **DEMAND FOR JURY TRIAL**

PLAINTIFF JAMEY DEON JIMERSON, hereby respectfully demands that the present matter be set for a jury trial.

Dated:  November 13, 2012

By: _____

By, JAMEY DEON JIMERSON,
Plaintiff in Pro Per

# EXHIBIT A

**Address:**
307 ORCHARD CITY DR STE 110
CAMPBELL CA 95008
*No phone number available*
**Address Identification Number:**
0180340715
**Comments:**
Residential rental on behalf of ALLIANCE RESIDENTIAL COM. This inquiry is scheduled to continue on record until Apr 2013.

Date of Request:
03/22/2011

## NATIONWIDE CREDIT INC

**Address:**
2002 SUMMIT BLVD STE 600
ATLANTA GA 30319
(800) 456-4729
**Address Identification Number:**
0180340715
**Comments:**
Permissible purpose. This inquiry is scheduled to continue on record until Jul 2012.

Date of Request:
06/29/2010

— Sent

## ACCOUNT SRVS CLCTNS, INC

**Address:**
1802 NE LOOP 410 STE 400
SAN ANTONIO TX 78217
*No phone number available*
**Address Identification Number:**
0180340715
**Comments:**
Collection purpose. This inquiry is scheduled to continue on record until Jul 2012.

Date of Request:
06/07/2010

Sent

## ON-SITE MANAGER INC

**Address:**
307 ORCHARD CITY DR STE 110
CAMPBELL CA 95008
*No phone number available*
**Address Identification Number:**
0180340715
**Comments:**
Residential rental on behalf of LOGAN PROPERTY MANAGEMEN. This inquiry is scheduled to continue on record until May 2012.

Date of Request:
04/05/2010

## Inquiries Shared Only With You

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others.

We offer credit information about you to those with a permissible purpose, for example to:

- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;



2/9/2012 1:43 l

# EXHIBIT B

JAMEY JIMERSON
1799 ALICANTE ST
POMONA CA, 91768

NATIONWIDE CREDIT INC.
2002 SUMMIT BLVD STE 600
ATLANTA GA, 30319

02/09/012

Re: Unauthorized Credit Inquiry

Dear NATIONWIDE CREDIT INC.

I recently received a copy of my Experian credit report. The credit report showed a credit inquiry by your company that I do not recall authorizing. I understand that you shouldn't be allowed to put an inquiry on any file unless I have authorized it.  Please have this inquiry removed from my credit file because it is making it very difficult for me to acquire credit.

I have sent this letter certified mail because I need your prompt response to this issue.  Please be so kind as to forward me documentation that you have had the unauthorized inquiry removed.

If you find that I am remiss, and you did have my authorization to inquire into my credit report, then please send me proof of this within ( 10) business days.

Thanking you in advance,


Sincerely,



JAMEY JIMERSON
SSN#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
*Attachment included*

①

# EXHIBIT C

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To  *NATION WIDE CREDIT*

Street, Apt. No.;
or PO Box No.  *ATLANTA GA*

City, State, ZIP+4

7011 1570 0002 9467 7724

PS Form 3800, August 2006          See Reverse for Instructions

①

# EXHIBIT D



**2002 Summit Boulevard, Ste 600**
**Atlanta, GA  30319**

February 17, 2012

Jamey Jimerson
1799 Alicante St
Pomona, CA  91768

RE:   NCI ID#10180104670

Dear Consumer:

This is in response to your recent correspondence.

Nationwide Credit Inc. is a debt collection agency; we are not a credit grantor.  An inquiry would be performed by us in connection with the collection of a debt, as permitted by the Fair Credit Reporting Act.

Please contact us if we may be of further assistance.

Sincerely,

*Kelly Clark*

Kelly Clark
Client Services, Sr. Manager

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose.  However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

# EXHIBIT E

# AFFIDAVIT OF NOTARY PRESENTMENT

## CERTIFICATION OF MAILING

State of California          )
                                ) ss.

County of Los Angeles     )

On this _9th_ day of _MAY_, A.D. 20 _12_, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that JAMEY DEON JIMERSON appeared before me with the following documents listed below.  I, the undersigned notary, personally verified that these documents were placed in an envelope and sealed by me. Envelope being tracked by  United States Post Office  Registered/Certified  Mail  Receipt  number  REGISTERED/CERTIFIED  MAIL # _7007 0710 0002 8676 6098_ _____ to

NAME AND ADDRESS OF THE RECEIVER
NATIONWIDE CREDIT INC.
2002 SUMMINT BLVD STE 600
ATLANTA GA, 30319

Number  of Pages

    1)  NOTARY  PRESENTMENT
    2)  NOTICE OF PENDING LAWSUIT

WITNESS my hand and official seal.

_Rita M. Patel_           _DS-9-2012_             (Seal)
Notary Public                            Date

My commission expires: _March 2_, 20 _13_

RITA M. PATEL
COMM. #1835035
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Mar. 2, 2013

## Legal Notice

The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant*. The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, and Titled "Deprivation of Rights under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/ or United States of America those rights protected by the Constitution and U.S. laws.

JAMEY JIMERSON

Re: NCI ID#10180104670

1799 ALICANTE ST
POMONA, CA 91768


NATIONWIDE CREDIT INC.

2002 SUMMIT BOULEVARD
STE 600
ATLANTA, CA 30319

May 9, 2012

## NOTICE OF PENDING LAWSUIT

To whom it may concern,

This is being sent prior to filing suit an opportunity to amicably cure NATIONWIDE CREDIT INC. violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681b,  Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692c(a)(1), 15 U.S.C. § 1692g(a) FDCPA and the Rosenthal Fair Debt Collection Practices Act § 1788.11(e), § 1788.10(d).

I am willing to settle these matters amicably without having to file suit and am giving you five days from receipt of this letter to take the opportunity to do so.  IF NATIONWIDE CREDIT INC. chooses not to settle the matters at hand then I will have no choice but to file suit and seek my remedy in a court of law.

I can be reached directly at 909-717-4503 (cell) or via email at

jameyjimerson@gmail.com.  This cell number is not to be called, shared, or used for any

purpose other than to address the matters at hand.

Respectfully,

_____

by:JAMEY JIMERSON



# EXHIBIT F



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | $0.45 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.40 |

05/09/2012

Sent To _NationWide Credit_

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006     See Reverse for Instructions

7007 0710 0002 8676 6098

①

From: JAMEY JIMERSON  Fax: +1 (424) 785-1126  To:  Fax: +1 (424) 785-1126  Page 4 of 9  11/8/2012 0.08

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☑) <br> JAMEY DEON JIMERSON <br> , an individual | **DEFENDANTS** <br> NATIONWIDE CREDIT INC., a corporation, and DOES 1-10, inclusive, |
| **(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br><br> JAMEY DEON JIMERSON <br> 1799 ALICANTE ST, POMONA CA, 91768 <br> (909) 717-4503 | **Attorneys** (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☑ MONEY DEMANDED IN COMPLAINT: $ 1000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. § 1681

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☑ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number: CV12-06679

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

2:12CV9688

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☐ No  ☑ Yes
If yes, list case number(s): CV12-06679

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                              ☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | FULTON COUNTY |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
     Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):**                               Date November 13, 2012

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |