JS-6

1  JAMEY DEON JIMERSON
   1799 Alicante St.
2  Pomona, CA 91768
   Telephone: (909) 717-4503
3  Facsimile: (424) 785-1126
   E-mail: jjjetplan3@gmail.com
4

5  Plaintiff in Pro Per,
   JAMEY DEON JIMERSON
6



## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEY DEON JIMERSON, an individual<br><br>Plaintiff,<br>vs.<br><br>NATIONWIDE CREDIT INC., a corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-9688-GAF-JCG<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Hon. Gary A. Feess<br><br>Action Filed: November 13, 2012 |

**PLEASE TAKE NOTICE** that Plaintiff JAMEY DEON JIMERSON ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendants NATIONWIDE CREDIT INC., a corporation, and DOES 1-10, inclusive,

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**

    **(1)** *By the Plaintiff.*

        **(A)** *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

            **(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

    \*        \*        \*

Defendants have neither answered Plaintiff Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: January 04, 2013

By: _____
By, JAMEY DEON JIMERSON,
Plaintiff in Pro Per

NOTICE OF VOLUNTARY DISMISSAL

Case No.: 2:12-cv-9688-GAF-JCG